UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ROSALINE PERREIRA, | No. C 11-01810 LB |
| Plaintiff, | **ORDER TRANSFERRING CASE TO SAN JOSE DIVISION** |
| v. | |
| TARGET CORP, | |
| Defendant. | |

Defendant Target Corporation removed Plaintiff Rosaline Perreira's civil action from the San Benito County Superior Court of the State of California. Notice of Removal, ECF No. 2. The underlying complaint alleges that Plaintiff sustained injuries and damages due to a dangerous condition negligently permitted by Defendant at its store located in Hollister, California. Complaint, Exh. A, ECF No. 2-1.

Under Civil Local Rule 3-2(c), civil actions for which this district is the proper venue shall be assigned to a courthouse serving the county in which the action arises. "A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." L.R. 3-2(c). A civil action may be reassigned by the court if the action was not assigned to the proper division. L.R. 3-2(h).

As noted above, Perreira's claim arises from an incident in Hollister, San Benito County, California. Complaint, Exh. A, ECF No. 2-1. Under Civil Local Rule 3-2(e), all civil actions which

arise in San Benito County shall be assigned to the San Jose division, and this action does not fall within the categories of cases subject to district-wide assignment. L.R. 3-2(c). As a result, this case shall be reassigned to the San Jose Division.

**IT IS SO ORDERED.**

Dated: April 26, 2011

_____
LAUREL BEELER
United States Magistrate Judge