UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

ROSALINE PERREIRA,
    Plaintiff,

    v.

TARGET CORPORATION,
    Defendant.

No. C 11-1810 HRL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    November 17, 2011
Co-Mediators:    James Nebel
    Charles McClain

    IT IS HEREBY ORDERED that the request for the claims person for defendant Target Corporation, Courtney Hauer, to attend telephonically the November 17, 2011, mediation before James Nebel and Charles McClain is GRANTED. Ms. Hauer shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

October 19, 2011    By: _Elizabeth D. Laporte_
Dated    Elizabeth D. Laporte
    United States Magistrate Judge