*E-FILED: February 7, 2012*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALINE PERREIRA, | Case No. C11-01810 HRL |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| TARGET CORPORATION and DOES 1 to 50, inclusive, | |
| Defendants. | |

The parties having advised that they have entered a full settlement in the above-entitled action, the court vacates all scheduled appearances before it.

IT IS HEREBY ORDERED that this action be dismissed with prejudice.  However, if any party certifies to this court, no later than May 7, 2012, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this cause shall be restored to the calendar and be set for trial.

SO ORDERED.

Dated: February 7, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:11-cv-01810-HRL Notice has been electronically mailed to:

2 Gail C. Trabish    gtrabish@bjg.com, bbruessard@bjg.com

3 Theron Tab Mitchell    mitchell@hollinet.com, tabmlf@sbcglobal.net

4 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California